En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| IN RE<br><br>Medidas Judiciales para<br>Atender Emergencias Causadas<br>por el Huracán José | RESOLUCION<br><br>99 TSPR 160 |

Número: EM-1999-3

Fecha: 10/22/1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Medidas Judiciales para
Atender Emergencias Causadas
por el Huracán José

RESOLUCION

San Juan, Puerto Rico a 22 de octubre de 1999

Desde el pasado martes 19 del corriente, se emitió para Puerto Rico un aviso de huracán. En vista de ello, se decretó la suspensión de los trabajos ordinarios de la Rama Judicial para los dos días siguientes, 20 y 21 de octubre.

A tal efecto, y al amparo de nuestra facultad inherente de reglamentar los procesos judiciales en dichas circunstancias, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por el artículo 388 del Código Político de 1902, 1 L.P.R.A., sec. 72, teniendo los días en que permanecieron cerrados los tribunales por causa de la descrita emergencia el mismo efecto que los días feriados.

Se ordena la inmediata difusión de esta Resolución y, además, su publicación por la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naveira de Rodón no intervino.2

Isabel Llompart Zeno
Secretaria del Tribunal Supremo